RONALD H. BARSAMIAN, #81531
PATRICK S. MOODY, #156928
STACY R. LUCAS, #243555
BARSAMIAN & MOODY
A Professional Corporation
Attorneys at Law
1141 West Shaw Avenue, Suite 104
Fresno, California 93711-3704
Telephone: (559) 248-2360
Facsimile: (559) 248-2370
E-Mail: laborlaw@theemployerslawfirm.com

Attorneys for Defendants:   Jeff Wilbur and Lisa Wilbur, dba The Mayflower Companies

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEOBARDO F. BENITEZ, PAULINO RODRIGUEZ, JOSE HERRERA, ELMER HUERE RUPAY, and ARTURO GIL ALCARAZ, on behalf of themselves and all other similarly situated individuals,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**JEFF WILBUR and LISA WILBUR, (dba "The Mayflower Companies," "Mayflower Dairy," and "Rio Blanco Dairy"),**<br><br>**Defendants**. | Case No. 1:08-cv-01122-LJO-GSA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER THEREON**<br><br>Scheduling Conference Date:   1/6/09<br>Time:   9:30 a.m.<br><br>Complaint Filed:   8/1/08<br>First Amended Complaint Filed: 12/12/08 |

Defendants, by and through their attorneys Barsamian & Moody, and Plaintiffs, by and through their attorneys Law Offices of Mallison & Martinez, stipulate as follows:

1.   Defendants' response to the First Amended Complaint is due January 5, 2009.

2.   Counsel for Defendants just recently received the First Amended Complaint and has not had an opportunity to carefully review and discuss the allegations contained in the complaint with Defendants, or to prepare a proper response. Due to the Christmas and New Years holidays, and Defendants' counsel's schedule, Defendants' counsel will not have an opportunity to do so prior to the time the response is due. The parties have

agreed to an extension of time to respond to the First Amended Complaint to and including January 23, 2009.

      3.      The Initial Scheduling Conference is presently set for January 6, 2009 at 9:30 a.m. in Department 10.  The parties hereby also stipulate to a continuance of said Initial Scheduling Conference to March 3, 2009 or a future date set by the court.

      4.      No previous extension of time has been requested or granted.

Dated: December 29, 2008                      BARSAMIAN & MOODY
                                                      A Professional Corporation

                                                      /s/ Patrick S. Moody
                                                      Patrick S. Moody

Dated: December 29, 2008                      LAW OFFICES OF MALLISON
                                                      & MARTINEZ

                                                      /s/ Stan S. Mallison
                                                     Stan S. Mallison

## O R D E R

Pursuant to the stipulation filed by the parties, Defendants shall file a response to the First Amended Complaint no later than **January 23, 2009.**  The initial scheduling conference presently set for **January 6, 2009 at 9:30 am** is continued until **March 4, 2009 at 9:30 am** in Department 10.

IT IS SO ORDERED.

**Dated:   December 31, 2008**                  **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE