Ronald H. Barsamian (SBN 81531)
Patrick S. Moody (SBN 156928)
Stacy R. Lucas (SBN 243555)
BARSAMIAN & MOODY
1141 W. Shaw Ave., Ste. 104
Fresno, CA 93711-3704
Telephone (559) 248-2360
Facsimile (559) 248-2370
**Attorneys for DEFENDANTS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LEOBARDO F. BENITEZ, PAULINO RODRIGUEZ, JOSE HERRERA, ELMER HUERE RUPAY, and ARTURO GIL ALCARAZ, on behalf of themselves and all other similarly situated individuals,**<br><br>**PLAINTIFFS,**<br><br>vs.<br><br>**JEFF WILBUR and LISA WILBUR (dba "the Mayflower Companies," "Mayflower Dairy," and "Rio Blanco Dairy")**<br><br>**DEFENDANTS.** | Case No. 1:08-cv-01122-LJO-GSA<br><br>**STIPULATION FOR EXTENSION OF TIME TO SUBMIT CONFIRMATION OF SIGNED SETTLEMENT DOCUMENTS AND ORDER** |

The parties hereby stipulate that the time to submit confirmation to the court of the signed settlement agreement is extended to and including August 7, 2009, in order to allow the parties time to finalize the agreement and to obtain the signatures of all the parties.

Dated:  August 3, 2009            LAW OFFICES OF MALLISON & MARTINEZ

                                  By: /s/  Stan S. Mallison
                                      Stan S. Mallison
                                      Attorneys for Plaintiffs

1 | Dated: August 3, 2009      LAW OFFICES OF BARSAMIAN & MOODY

2 | By: /s/ Patrick S. Moody
3 |     Patrick S. Moody
    Attorneys for Defendants

5 | **O  R  D  E  R**

6 | **IT IS SO ORDERED.**

8 | Dated : August 4, 2009      /s/ Gary S. Austin
    Gary S. Austin
9 |     United States Magistrate Judge